# APPENDIX B

# LIQUIDATION ANALYSIS

(*$USD in red numbers*)

*** *This Liquidation Analysis Should Be Read In Conjunction With The Liquidation Analysis Notes* ***

| | Book Value [a] | Liquidation Factor Low | Liquidation Factor High | Liquidation Values Low | Liquidation Values High | Note Reference |
|---|---|---|---|---|---|---|
| **Statement of Assets:** | | | | | | |
| Proceeds from Sale of Going-Concern Operations | | | | $ 35,276,487 | $ 53,063,337 | B |
| Cash and Cash Equivalents | $ 1,000,000 | 100.0% | 100.0% | 1,000,000 | 1,000,000 | C |
| A/R Trade & Other, gross | 19,647,652 | 47.2% | 63.3% | 9,277,408 | 12,445,425 | D |
| Allowance for Doubtful Accounts | (13,490,833) | n/m | n/m | | | |
| A/R Trade & Other, net | 6,156,818 | n/m | n/m | | | |
| WIP, gross | 8,942,106 | 64.3% | 83.6% | 5,757,027 | 7,471,657 | E |
| WIP Reserve | (683,248) | n/m | n/m | | | |
| WIP, net | 8,258,858 | | | | | |
| Inventory, gross | 3,506,657 | 14.3% | 33.9% | 502,357 | 1,188,463 | F |
| Inventory Obsolesc Reserve | (1,622,572) | n/m | n/m | | | |
| Inventory, net | 1,884,085 | n/m | n/m | | | |
| Prepaid Expenses | 6,282,235 | 0.5% | 0.9% | 28,950 | 53,731 | G |
| Deferred Tax Assets | 0 | 0.0% | 0.0% | 0 | 0 | H |
| **Total Current Assets** | $ 23,581,997 | 219.8% | 319.0% | $ 51,842,221 | $ 75,222,612 | |
| Total Fixed Assets, net | 41,307,346 | 19.0% | 23.7% | 7,842,639 | 9,802,343 | I |
| Goodwill | 1,954,536 | 0.0% | 0.0% | 0 | 0 | J |
| Other Assets | 11,142,425 | 0.0% | 0.0% | 0 | 0 | K |
| Investment in Subs | 19,858,627 | 0.0% | 0.0% | 0 | 0 | L |
| **Total Assets** | $ 97,844,930 | 61.0% | 86.9% | $ 59,684,860 | $ 85,024,955 | |
| LESS: Unsecured Portion of Stock in German Subsidiary | | | | (5,928,819) | (6,420,499) | B |
| Capital Lease | | | | (252,608) | (252,608) | |
| **TOTAL ASSETS AVAILABLE TO SECURED CREDITORS** | | | | $ 53,503,432 | $ 78,351,849 | |
| **Allowed Secured Claims:** | | | | | | |
| Debtor-in-Possession Facility | | | | $ 1,000,000 | $ 1,000,000 | M |
| Sr. Subordinated Notes (Allowed Secured Claim) | | | | 52,503,432 | 77,351,849 | |
| **Total Allowed Secured Claims** | | | | $ 53,503,432 | $ 78,351,849 | |
| Net Estimated Recovery - Allowed Secured Claims | | | | 100.00% | 100.00% | |
| Sr. Subordinated Notes (Allowed Deficiency Claim) | | | | $ 135,307,878 | $ 110,459,462 | |
| Net Estimated Recovery - Allowed Secured Claims *(including Deficiency Claims)* | | | | 27.96% | 41.19% | |
| **ASSETS AVAILABLE FOR ADMINISTRATIVE EXPENSES, PRE-PETITION PRIORITY CLAIMS AND UNSECURED CREDITORS** | | | | $ 5,928,819 | $ 6,420,499 | |
| **Administrative Claims:** | | | | | | N |
| Wind-down Costs | | | | $ 5,403,334 | $ 5,403,334 | |
| Accounts Payable (Post-Petition) | | | | 4,720,475 | 4,720,475 | |
| Professional Fees | | | | 5,012,000 | 5,012,000 | |
| Trustee Fees | | | | 400,000 | 800,000 | |
| Accrued Payroll and Benefits (Post-Petition) | | | | 1,600,000 | 1,600,000 | |
| Other Accrued Expenses | | | | 1,000,000 | 2,000,000 | |
| **Total Administrative Claims** | | | | $ 18,135,809 | $ 19,535,809 | |
| Estimated Recovery to Administrative Claims | | | | 5,928,819 | 6,420,499 | |
| Estimated Recovery to Administrative Claims *%* | | | | 32.7% | 32.9% | |
| **ASSETS AVAILABLE FOR PRE-PETITION PRIORITY CLAIMS AND UNSECURED CREDITORS** | | | | $ - | $ - | |
| **ADMINISTRATIVE CLAIMS DEFICIENCY AMOUNT** | | | | $ (12,206,990) | $ (13,115,311) | |
| **Priority Claims:** | | | | | | O |
| Recovery to Priority Claims | | | | $ - | $ - | |
| **Unsecured Claims:** | | | | | | P |
| Recovery to Administrative Claims | | | | $ - | $ - | |

DRAFT - Subject to Change
Private and Confidential
For Discussion Purposes Only
Produced At The Direction of Counsel

The Bankruptcy Code requires that each Holder of an Impaired Allowed Claim or Old Equity Interest either (a) accept the Plan or (b) receive or retain under the Plan property of a value, as of the Effective Date of the Plan, that is not less than the value such Holder would receive or retain if the Debtors were liquidated under chapter 7 of the Bankruptcy Code on the Effective Date of the Plan.

The following presents the general assumptions that were used in preparing the Liquidation Analysis (the "Liquidation Analysis"). The Liquidation Analysis was prepared by Management of the Debtors and is unaudited. The estimated proceeds per the Liquidation Analysis are based on assumptions considering the Debtors' assets if these assets were to be liquidated in accordance with chapter 7 of the Bankruptcy Code. The preparation of this Liquidation Analysis involved extensive use of estimates and assumptions that, although considered reasonable by Management, are inherently subject to significant business, economic and competitive uncertainties and contingencies beyond the control of aaiPharma Inc. and its management. Subsequent information may result in material changes in financial and other data contained in the Liquidation Analysis. The Debtors undertake no obligation to update or revise the Liquidation Analysis. These Notes to the Liquidation Analysis are incorporated by reference herein, and comprise an integral part of the Liquidation Analysis, and should be referred to in connection with any review of the Liquidation Analysis. ACCORDINGLY, THERE CAN BE NO ASSURANCE THAT THE VALUES REFLECTED IN THE LIQUIDATION ANALYSIS WOULD BE REALIZED IF THE DEBTORS WERE, IN FACT, TO UNDERGO SUCH A LIQUIDATION, AND ACTUAL RESULTS COULD VARY MATERIALLY AND ADVERSELY FROM THOSE SHOWN HERE.

This Liquidation Analysis assumes that the Debtors' current Chapter 11 Cases convert to chapter 7 proceedings with liquidation occurring over a 6-month period. The Debtors' interest in Applied Analytical Industries Deutschland GmbH ("Germany", "German Operations" or "Europe")[1], Applied Analytical Industries Holding Limited ("Cayman Corp."), Intellectual Property Assets[2] and certain Clinical and Non-Clinical Operations[3] would be sold separately as a going-concern to the extent possible. During this period, all operating assets would be disposed of through sale, liquidation and/or termination as appropriate. All operations of the Debtor would be expected to substantially cease or be sold in any event within a 6-month period.

---

[1] The German Operation included other European assets including but not limited to: AAI Applied Analytical Industries Deutschland Verwaltungs-gesellschaft mbH; Applied Analytical Industries Deutschland GmbH & Co., KG; Applied Analytical Industries France S.A.R.L.; L.A.B. (UK) Limited; AAI Benelux B.V.; Technopharm S.A., and; NEOSAN Arzneimittel VertriebsgesellschaftmbH.

[2] Intellectual property assets include the Xanodyne Royalties (related to Lynxorb, Darvocet NXR and Darvocet Suspension), Odyssey, Ecabet and various Generic ANDAs.

[3] Certain Non-Clinical Operations include: Bio-analytical/Bioequivalence ("BA/BE"), Analytical ("ADL"), Formulations Development ("FDL") and Routine Testing ("RT"). Certain Clinical Operations includes operations in Toronto

## General Notes

The book values used in this Liquidation Analysis are the unaudited book values as of August 31, 2005 (the "Balance Sheet Date").

The assumed timeline of events associated with the Liquidation Analysis are as follows:

- October 31, 2005 – The date the liquidation process is assumed to begin (the "Liquidation Commencement Date"). The book values represented on the Liquidation Analysis Summary Schedule (see Note A) are as of the Balance Sheet Date except for cash, which has been reduced from $8.9M as of the Balance Sheet Date to $1.0M as of the Liquidation Commencement Date to reflect the net use of cash over the 2-month period.
- November 1, 2005 through April 30, 2006 (the "Wind-down Period") – The liquidated assets are assumed to be monetized over the Wind-down Period. The sale proceeds associated with Germany, the Intellectual Property Assets and certain Clinical and Non-Clinical Operations are assumed to be collected at the end of the 6-month period. Certain necessary corporate personnel would be retained in order to facilitate an orderly liquidation. In addition to the retention of necessary corporate personnel, the Liquidation Analysis also incorporates the continued involvement of certain professionals and the retention of a chapter 7 trustee.

Other potential sources of cash (i.e., recoupment of voidable transfers, etc.) are **not** included in the Liquidation Analysis. The Debtors have assumed that their pending litigation will not provide a potential source of cash because, among other things, the Debtors will have no funds available to pursue such litigation.

*Substantive Consolidation*
This Liquidation Analysis assumes an Order effecting the substantive consolidation of the chapter 7 Cases of the Debtors into a single chapter 7 Case. The Debtors' secured noteholders have liens on substantially all of the assets of each Debtor. As such, substantive consolidation should not adversely affect any creditor.

**The following notes describe the significant assumptions reflected in the summary schedule of the Liquidation Analysis:**

**Note A – Book Values as of August 31, 2005**

The book values of the Debtors' assets as of the Balance Sheet Date are assumed to be representative of the Debtors' assets and liabilities as of the Liquidation Commencement Date (i.e., the projected balance sheet as of the Liquidation Commencement Date is assumed to be substantially similar to the balance sheet as of the Balance Sheet Date, with the exception that the cash balance has been reduced from $8.9M to $1.0M to reflect the net use of cash over the 2-month period).

The only significant non-debtor is Germany. The investment in Germany is included in the "Investment in Subs" line of the balance sheet; however, the sale of Germany is addressed as a going-concern sale, **not** as a liquidation.

**Note B – Book Proceeds From Sale of Going-Concern Operations**

The Liquidation Analysis assumes the following treatment of the various lines of business:

| *Sold As Going-Concern* | *Orderly Liquidation* |
|---|---|
| Germany | Corporate HQ |
| Intellectual Property Assets | Learning Center |
| Analytical Development | Clinical Services Natick |
| Formulations Development | Clinical Supplies Charleston |
| Routine Testing | Clinical Supplies Wilmington |
| Bio-Analytic Labs & CRU/Statistics | |
| Clinical Services Toronto | |

*Going-Concern Sale of Germany*
The assumed net proceeds from a going-concern sale of Germany are estimated to be between $16.9M and $18.3M.[4] The assumed net proceeds calculation is based on an equal weight given to various indicators of value (including core business valuation and recent letters of interest received), based on a pro-ration of Chanin's valuation analysis, *less* a distressed sale discount of 40% to address overall situation risk and the fact that approximately 25% of Germany's revenues are derived from U.S. customers and would be jeopardized in a U.S. liquidation scenario. The Liquidation Analysis assumes a 40% effective tax.

---

[4]   The current gain or loss on sale is based on the book value of the investment in the German subsidiaries.

*Going-Concern Sale of Intellectual Property Assets*
The sale of the Intellectual Property Assets is based on Chanin's valuation. The range of values based on the Chanin valuation is as follows:

|  | Low | High |
|---|---|---|
| Xanodyne Royalties | $23M | $31M |
| Odyssey | $4M | $4M |
| Ecabet | $830K | $830K |
| Generic ANDAs | $630K | $630K |

A distressed sale discount of 90% was applied to the high and low values for each Intellectual Property Asset. The Liquidation Analysis assumes a 40% effective tax, a $0 tax basis in the Intellectual Property Assets, and **no** available tax attributes to offset any taxable gain on the sale.

*Going-Concern Sale of Certain Clinical and Non-Clinical Operations*
Management believes that certain Clinical (i.e., Toronto) and Non-Clinical operations (i.e., BA/BE, ADL, FDL and RT) could be packaged as a going-concern sale in the event of a liquidation. The valuation of these Clinical and Non-Clinical assets is based on a multiple of 2005 projected revenues for these business units of approximately $37M.

| Assumed Revenue Multiple | 0.50x | 0.60x | 0.70x | 0.80x |
|---|---|---|---|---|
| 2005 Revenue Forecast | $ 36,967,563 | $ 36,967,563 | $ 36,967,563 | $ 36,967,563 |
| Assumed Value | $ 18,483,781 | $ 22,180,538 | $ 25,877,294 | $ 29,574,050 |
| Assumed Value +10% | $ 20,332,159 | $ 24,398,591 | $ 28,465,023 | $ 32,531,455 |
| Assumed Value -10% | $ 16,635,403 | $ 19,962,484 | $ 23,289,565 | $ 26,616,645 |

No additional distressed sale discount factor was applied to the assumed sale proceeds. Any potential gain associated with the sale of the Clinical and Non-Clinical operations is assumed to be offset with available tax attributes.

### Note C – Cash and Cash Equivalents

The book cash balance as of the Balance Sheet Date was approximately $8.9M. The Liquidation Analysis assumes that as of the Liquidation Commencement Date the Debtors will have approximately $1.0M of cash and approximately $1.0M of borrowings under the DIP facility. The $1.0M cash balance reflects management's estimate of the Debtors' minimum cash balance.

### Note D – Accounts Receivable Trade and Other

Overall recovery percentages related to accounts receivable included in the Liquidation Analysis are between approximately 47% and 63% of gross book value, which equates to estimated cash proceeds between $9M and $12M.

*Development Services Accounts Receivable*
Management estimates that generally 65% to 85% of the development services related gross accounts receivable balance would be collectible in a liquidation scenario (certain receivables related to a variety of customers may yield a lower recovery). The total pool of identified receivables that may yield a lower recovery than the general recovery range totals approximately

$3M ($2M over 91+ days past due). Management estimates a recovery related to these receivables per the Liquidation Analysis between $425K and $635K.

All customers with a net credit balance are assumed to be pre-petition general unsecured creditors. The net recovery of development services accounts receivable is estimated to be between 51% and 68%.

*Pharmaceutical Accounts Receivable*

As of the Balance Sheet Date the remaining pharmaceutical gross accounts receivable balance was approximately $5M (gross accounts receivable does not include any reserves related to returns, chargebacks, discounts and refunds). The outstanding Pharmaceutical receivables as of the Balance Sheet date are highly concentrated and may yield relatively low recoveries.

All customers with a net credit balance are assumed to be pre-petition general unsecured creditors. The net recovery of gross pharmaceutical accounts receivable is estimated to be between 29% and 43%. The reserve amounts related to returns, chargebacks, discounts and refunds are assumed to be offset against the remaining escrow balances established as part of the Sale Transaction. Any remaining amounts over the escrow are assumed to be general unsecured creditors of the estate.

*Clinical Accounts Receivable*
Management estimates that generally 65% to 85% of the Clinical gross accounts receivable balance would be collectible in a liquidation scenario, which equates to net proceeds per the Liquidation Analysis of approximately $1M.

**Note E – WIP**

The gross WIP balance as of the Balance Sheet Date was approximately $9M. Management estimates that generally 65% to 85% of the development services related unbilled WIP would be collectible in a liquidation scenario, which is consistent with the development services accounts receivable recovery assumptions. The estimated cash proceeds associated with the collection of unbilled WIP per the Liquidation Analysis is between approximately $6M and $7M.

**Note F – Inventory**

*Development Services Inventory*
Development Services related inventory primarily consists of general supplies, lab supplies – office supplies, production supplies, raw materials, packaging inventory and work-in-process. The overall liquidation recovery percentage of cost for these items is assumed to be between approximately 20% and 50% of gross inventory. The estimated cash proceeds associated with the liquidation of development services related inventory per the Liquidation Analysis is between approximately $500K and $1M.