# APPENDIX A

# FINANCIAL PROJECTIONS

uniPharma Inc
Disclosure Statement Format Consolidated P&L
($USD in real numbers)

## uniPharma Inc.
## CONSOLIDATED STATEMENTS OF OPERATIONS
### Unaudited
(In thousands)

| | Years Ending December 31 | | | | | |
|---|---|---|---|---|---|---|
| | *Projected Pre-Confirmation 2005* | *Projected Post-Confirmation 2006* | *Projected Post-Confirmation 2007* | *Projected Post-Confirmation 2008* | *Projected Post-Confirmation 2009* | *Projected Post-Confirmation 2010* |
| **Net revenues:** | | | | | | |
| U S Non-Clinical Operations | $ 46,866 | $ 69,078 | $ 72,171 | $ 78,444 | $ 85,131 | $ 96,225 |
| U S Clinical Operations | 10,837 | 15,456 | 19,866 | 27,711 | 38,671 | 54,123 |
| Europe Operations | 21,109 | 25,355 | 28,940 | 34,439 | 44,082 | 56,425 |
| Pharmaceutical Products | 36,041 | - | - | - | - | - |
| Other Revenues | 9,367 | 2,745 | 3,070 | 10,206 | 11,591 | 14,164 |
| Total revenues | 124,219 | 112,634 | 124,047 | 150,800 | 179,475 | 220,938 |
| | | | | | | |
| Direct costs (excluding depreciation) | 69,170 | 76,504 | 79,213 | 85,649 | 99,083 | 116,602 |
| Sales and marketing expense | 5,799 | 9,335 | 9,956 | 12,721 | 13,799 | 16,065 |
| General and administrative expenses | 48,385 | 22,031 | 22,641 | 24,849 | 28,031 | 32,317 |
| Depreciation | 14,057 | 6,455 | 7,244 | 8,185 | 9,710 | 11,998 |
| Pharma Residual Expense | 764 | 1,645 | 1 | 1 | 1 | 1 |
| Research and Development | 3,278 | - | - | - | - | - |
| Other | 247 | - | - | - | - | - |
| Total operating costs and expenses | 141,700 | 115,971 | 119,055 | 131,407 | 150,625 | 176,983 |
| | | | | | | |
| Income (Loss) income from operations | (17,481) | (3,337) | 4,992 | 19,393 | 28,851 | 43,954 |
| | | | | | | |
| **Other income (expense):** | | | | | | |
| Interest expense, net | (21,647) | (1,346) | (2,470) | (2,102) | (584) | (420) |
| Amortization of New Credit Facility Financing Fee | - | (600) | (600) | - | - | - |
| Gain on Pharma sale | 23,933 | - | - | - | - | - |
| (Loss) from extinguishment of debt | (12,432) | - | - | - | - | - |
| Other | (2,016) | - | - | - | - | - |
| | (12,161) | (1,946) | (3,070) | (2,102) | (584) | (420) |
| Income (Loss) income before income taxes | (29,642) | (5,283) | 1,922 | 17,291 | 28,266 | 43,534 |
| Provision for income taxes | 219 | - | - | 174 | 8,803 | 14,910 |
| Net (loss) income | $ (29,861) | $ (5,283) | $ 1,922 | $ 17,117 | $ 19,464 | $ 28,624 |
| | | | | | | |
| EBITDA | $ (3,424) | $ 3,118 | $ 12,236 | $ 27,579 | $ 38,561 | $ 55,953 |

*\*\*\*The accompanying notes are an integral part of these financial statements\*\*\**

aaiPharma Inc
Disclosure Statement Format Consolidated Balance Sheet
($USD in real numbers)

aaiPharma Inc.
CONSOLIDATED BALANCE SHEETS
Unaudited
(In thousands)
December 31

|  | Projected Pre-Confirmation 2005 | Projected Post-Confirmation 2006 | Projected Post-Confirmation 2007 | Projected Post-Confirmation 2008 | Projected Post-Confirmation 2009 | Projected Post-Confirmation 2010 |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| Current assets: | | | | | | |
| Cash and cash equivalents | $ 1,000 | $ 4,895 | $ 4,895 | $ 4,895 | $ 21,624 | $ 48,472 |
| Restricted cash | 2,760 | - | - | - | - | - |
| Accounts receivable, net and Work-in-progress | 27,340 | 30,280 | 29,814 | 32,702 | 36,720 | 42,445 |
| Inventories, net | 2,046 | 2,440 | 2,580 | 2,767 | 2,895 | 2,980 |
| Prepaid and other current assets | 4,021 | 4,021 | 4,021 | 4,021 | 4,021 | 4,021 |
| Total current assets | 37,167 | 41,636 | 41,310 | 44,385 | 65,260 | 97,918 |
| Property and equipment, net | 44,254 | 43,299 | 42,155 | 44,070 | 46,159 | 49,461 |
| Goodwill and other intangible assets, net | 13,923 | 109,489 | 109,489 | 109,489 | 109,489 | 109,489 |
| Other assets | 19,872 | 2,644 | 2,044 | 2,044 | 2,044 | 2,044 |
| Total assets | $ 115,217 | $ 197,068 | $ 194,998 | $ 199,987 | $ 222,952 | $ 258,912 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| Current liabilities: | | | | | | |
| Accounts payable | 7,453 | 6,752 | 8,025 | 8,330 | 9,312 | 10,815 |
| Customer advances | 14,917 | 19,159 | 18,684 | 21,626 | 25,720 | 31,553 |
| Accrued wages and benefits | 3,686 | 3,686 | 3,686 | 3,686 | 3,686 | 3,686 |
| Interest payable | 132 | 132 | 132 | 132 | 132 | 132 |
| Other accrued liabilities | 3,261 | 3,261 | 3,261 | 3,261 | 3,261 | 3,261 |
| Total current liabilities | 29,449 | 32,990 | 33,787 | 37,035 | 42,111 | 49,447 |
| Other Long-term debt, less current portion | 9,978 | 21,739 | 16,950 | 1,574 | - | - |
| Liabilities Subject to Compromise | 219,686 | - | - | - | - | - |
| Other liabilities | 9 | - | - | - | - | - |
| Stockholders' equity (deficit): | | | | | | |
| Old Common stock, at par | 29 | - | - | - | - | - |
| Old Paid-in capital | 91,425 | - | - | - | - | - |
| New Common Stock | - | 147,622 | 147,622 | 147,622 | 147,622 | 147,622 |
| Accumulated deficit | (237,339) | (5,283) | (3,361) | 13,756 | 33,219 | 61,844 |
| Other capital subs | 1,993 | - | - | - | - | - |
| Deferred compensation | (13) | - | - | - | - | - |
| Total stockholders' equity (deficit) | (143,905) | 142,339 | 144,261 | 161,377 | 180,841 | 209,465 |
| Total liabilities and stockholders' equity (deficit) | $ 115,217 | $ 197,068 | $ 194,998 | $ 199,987 | $ 222,952 | $ 258,912 |

***The accompanying notes are an integral part of these financial statements***

| Liabilities Subject to Compromise: | |
|---|---|
| Accounts Payable | $ 7,746 |
| Accrued wages and benefits | 576 |
| Other accrued liabilities | 22,571 |
| Pre-Petition Sr Subordinated Notes | 175,000 |
| Other Long-term Debt | 982 |
| Interest payable | 12,811 |
| Total Liabilities Subject to Compromise | $ 219,686 |

<pre>
Case 05-11341-CSS   Doc 657-4   Filed 12/01/05   Page 4 of 5
</pre>

aaiPharma Inc
Disclosure Statement Format Consolidated Fresh Start Balance Sheet
($USD in real numbers)

### aaiPharma Inc.
### CONSOLIDATED PRO FORMA FRESH START BALANCE SHEET
### Unaudited
### (In thousands)

| | Projected Pre-Confirmation December 31, 2005 | Debt Discharge | Exchange of Stock | Fresh Start | Projected Reorganized Balance Sheet January 1, 2006 |
|---|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | |
| **Current assets:** | | | | | |
| Cash and cash equivalents | $ 1,000 | | | | $ 1,000 |
| Restricted Cash | 2,760 | | | | 2,760 |
| Accounts receivable, net and Work-in-progress | 27,340 | | | | 27,340 |
| Inventories, net | 2,046 | | | | 2,046 |
| Prepaid and other current assets | 4,021 | | | | 4,021 |
| Total current assets | 37,167 | - | - | - | 37,167 |
| Property and equipment, net | 44,254 | | | | 44,254 |
| Goodwill, net | 13,923 | | | 95,566 | 109,489 |
| Other assets | 19,872 | | | (18,334) | 1,539 |
| Total assets | $ 115,217 | $ - | $ - | $ 77,232 | $ 192,449 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY (DEFICIT)** | | | | | |
| **Current liabilities:** | | | | | |
| Accounts payable | 7,453 | | | | 7,453 |
| Customer advances | 14,917 | | | | 14,917 |
| Accrued wages and benefits | 3,686 | | | | 3,686 |
| Interest payable | 132 | | | | 132 |
| Other accrued liabilities | 3,261 | | | | 3,261 |
| Total current liabilities | 29,449 | - | - | - | 29,449 |
| Long-term debt, less current portion | 9,978 | 4,200 | | 1,200 | 15,378 |
| Liabilities Subject to Compromise | 219,686 | (219,686) | | | - |
| Other liabilities | 9 | (9) | | | - |
| **Stockholders' equity (deficit):** | | | | | |
| Old Common stock, at par | 29 | | (29) | | - |
| Old Paid-in capital | 91,425 | | 29 | (91,454) | - |
| New Common Stock | - | 147,622 | | | 147,622 |
| Accumulated deficit | (237,339) | 67,873 | | 169,466 | - |
| Other capital subs | 1,993 | | | (1,993) | - |
| Deferred compensation | (13) | | | 13 | - |
| Total stockholders' equity (deficit) | (143,905) | 215,495 | (0) | 76,032 | 147,622 |
| Total liabilities and stockholders' equity (deficit) | $ 115,217 | $ - | $ (0) | $ 77,232 | $ 192,449 |

*\*\*\*The accompanying notes are an integral part of these financial statements\*\*\**

<pre>
Page 3 of 4
</pre>

aaiPharma Inc
Disclosure Statement Format Consolidated Statement of Cash Flows
(SUSD in real numbers)

aaiPharma Inc
CONSOLIDATED STATEMENTS OF CASH FLOWS
Unaudited
(In thousands)

| | Years Ending December 31 | | | | |
|---|---|---|---|---|---|
| | Projected Post-Confirmation 2006 | Projected Post-Confirmation 2007 | Projected Post-Confirmation 2008 | Projected Post-Confirmation 2009 | Projected Post-Confirmation 2010 |
| Cash flows from operating activities: | | | | | |
| Net (loss) income | $ (5,283) | $ 1,922 | $ 17,117 | $ 19,464 | $ 28,624 |
| Adjustments to reconcile net (loss) income to net cash (used in) provided by operating activities: | | | | | |
| Depreciation | 6,455 | 7,244 | 8,185 | 9,710 | 11,998 |
| Amortization of New Credit Facility Financing Fee | 600 | 600 | - | - | - |
| Changes in operating assets and liabilities: | | | | | |
| Accounts receivable, net | (2,940) | 466 | (2,888) | (4,018) | (5,725) |
| Inventories | (394) | (140) | (187) | (129) | (85) |
| Prepaid and other assets | - | - | - | - | - |
| Restricted Cash | 1,055 | - | - | - | - |
| Accounts payable | (700) | 1,272 | 306 | 982 | 1,503 |
| Customer advances | 4,241 | (475) | 2,943 | 4,094 | 5,833 |
| Interest payable | - | - | - | - | - |
| Accrued wages and benefits and other accrued liabilities | - | - | - | - | - |
| Net cash (used in) provided by operating activities | 3,034 | 10,889 | 25,476 | 30,103 | 42,148 |
| Cash flows from investing activities: | | | | | |
| Purchases of property and equipment | (5,500) | (6,100) | (10,100) | (11,800) | (15,300) |
| Liabilities Subject to Compromise | - | - | - | - | - |
| Other | - | - | - | - | - |
| Net cash provided by (used in) investing activities | (5,500) | (6,100) | (10,100) | (11,800) | (15,300) |
| Cash flows from financing activities: | | | | | |
| Draw (Repayment) of New Credit Facility | 6,361 | (4,789) | (15,376) | (1,574) | - |
| Other | - | - | - | - | - |
| Net cash provided by financing activities | 6,361 | (4,789) | (15,376) | (1,574) | - |
| Net (decrease) increase in cash and cash equivalents | $ 3,895 | $ 0 | $ (0) | $ 16,729 | $ 26,848 |
| Effect of exchange rate changes on cash | - | - | - | - | - |
| Cash and cash equivalents, beginning of year | 1,000 | 4,895 | 4,895 | 4,895 | 21,624 |
| Cash and cash equivalents, end of year | $ 4,895 | $ 4,895 | $ 4,895 | $ 21,624 | $ 48,472 |
| Beginning Other Long-term debt, less current portion | 15,378 | 21,739 | 16,950 | 1,574 | - |
| Ending Other Long-term debt, less current portion | 21,739 | 16,950 | 1,574 | - | - |
| Change in New Credit Facility | $ 6,361 | $ (4,789) | $ (15,376) | $ (1,574) | - |

***The accompanying notes are an integral part of these financial statements***